ELLIOT ENOKI
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Room 6100
P.O. Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2001

at ____ o'clock and ____ min. ____
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RODNEY BACHELDER, )<br>)<br>Defendant. )<br>) | CR. NO. CR01-00190 DAE<br><br>INDICTMENT<br><br>[18 U.S.C. § 2113(a)] |

### INDICTMENT

The Grand Jury charges:

On or about May 3, 2001, in the District of Hawaii, defendant RODNEY BACHELDER, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of American

Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: 5/16/01          , 2001, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Rodney Bachelder
Cr. No._____
"Indictment"

2